# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

**U.S.A. vs. HEBRON, Devro**           **Docket No.: 1:08CR00376-003**

---

The Court may enter a minute order for any of the following options:

THE COURT ORDERS:

1. ☒ Concurs with the recommendation of the Probation Office to "*release the Judgment and Commitment Order and the Presentence Investigation Report in this criminal case to the United States Probation Office for the Middle District of Pennsylvania*."

2. ☐ Request to release the sealed documents is denied.

3. ☐ Other _____

_____
Paul L. Friedman
United States District Judge

August 12, 2021
Date